HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KRISTOPHER MORSINK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER MORSINK,<br><br>Defendant. | Case No. 1:26-mj-00037-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  August 13. 2026<br>Time:  10:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Kristopher Morsink, that the status conference currently scheduled for June 18, 2026, at 10:00 a.m. may be continued to August 13, 2026, at 10:00 a.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Morsink made his initial appearance on a criminal complaint on April 8, 2026.  At a detention hearing the following day, this Court ordered that he be released on April 10 and transported to the Westcare inpatient facility in Fresno. Mr. Morsink is currently participating in the Westcare program and is on track to complete that program in the coming month.  The requested continuance will allow him to finish the program prior to his next court appearance. The requested continuance will conserve time and resources for the parties and the Court.

Respectfully submitted,


ERIC GRANT
United States Attorney


Date: June 11, 2026              /s/ Justin Gilio
                                 JUSTIN GILIO
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


Date: June 11, 2026              /s/ Laura Myers
                                 LAURA MYERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 KRISTOPHER MORSINK


**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for June 18, 2026, at 10:00 a.m. is hereby continued to August 13, 2026, at 10:00 a.m in Courtroom 9 before Magistrate Judge Stanley A. Boone. The defendant is ordered to appear.


IT IS SO ORDERED.

Dated:   **June 12, 2026**    _____
                              STANLEY A. BOONE
                              United States Magistrate Judge