HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KRISTOPHER MORSINK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KRISTOPHER MORSINK,<br>Defendant. | Case No. 1:26-mj-00037-SAB<br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br>Date: September 10. 2026<br>Time: 9:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Kristopher Morsink, that the status conference currently scheduled for August 13, 2026, at 10:00 a.m. may be continued to September 10, 2026 at 9:00 a.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Morsink made his initial appearance on a criminal complaint on April 8, 2026. At a detention hearing the following day, this Court ordered that he be released on April 10 and transported to the Westcare inpatient facility in Fresno. Mr. Morsink completed Westcare in July and is currently on Pretrial supervision in Los Angeles.

After Mr. Morsink's initial appearance, the government provided initial discovery pursuant to this Court's order. Upon review of that discovery, defense counsel requested that

additional discovery be produced. The government and the National Park Service are currently working on locating and producing items responsive to that request. For that reason, the parties request a brief continuance to the Court's September calendar to allow for that discovery to be produced. The parties expect that by September 10, they will have a more concrete understanding of the next steps in this case. Thus, the requested continuance will conserve time and resources for the parties and the Court.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 7, 2026

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 7, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
KRISTOPHER MORSINK

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 13, 2026, at 10:00 a.m. is hereby continued to September 10, 2026, at 9:00 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. The defendant is ordered to be present.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge