HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KRISTOPHER MORSINK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KRISTOPHER MORSINK,<br>Defendants. | Case No. 1:26-mj-00037-SAB<br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br>Date: November 19, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Angela Alexander, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Kristopher Morsink, that the Court may vacate the status conference currently scheduled for September 10, 2026, at 9:00 a.m. and set a change-of-plea and sentencing hearing on November 19, 2026, at 10:00 a.m.

The parties agree and request that the Court make the following findings:

1. Mr. Morsink made his initial appearance on a criminal complaint on April 8, 2026. At a detention hearing the following day, this Court ordered that he be released on April 10 and transported to the Westcare inpatient facility in Fresno. Mr. Morsink completed Westcare in July and is currently on Pretrial supervision in Los Angeles.

2. By previous order, this matter was set for a status conference on September 10, 2026, at 9:00 a.m.

3. Mr. Morsink intends to enter pleas of guilty to the charges in the criminal complaint.

3. The parties therefore request that the Court vacate the September 10, 2026, status conference and set a change-of-plea and sentence hearing on November 19, 2026, at 10:00 a.m.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 8, 2026

*/s/ Angela Alexander*
ANGELA ALEXANDER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 8, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
KRISTOPHER MORSINK

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for September 10, 2026, at 9:00 a.m. is vacated. A change-of-plea and sentencing hearing is hereby set for November 19, 2026, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **September 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge